# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Universal Beauty Products, Inc
                        Plaintiff,

v.                                                 Case No.: 1:10–cv–03212
                                                 Honorable John F. Grady

Morning Glory Products, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 14, 2010:

      MINUTE entry before Honorable John F. Grady:Initial status hearing set for 9/22/2010 is stricken and reset to 10/13/2010 at 10:30 a.m. Joint status report due by 10/06/2010.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.