**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNIVERSAL BEAUTY | ) | |
| PRODUCTS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:10-cv-3212 |
| v. | ) | |
| | ) | Judge John F. Grady |
| MORNING GLORY | ) | |
| PRODUCTS, INC. | ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO WITHDRAW

I, Aaron F. Barkoff, on behalf of myself and Stephen M. Wurth, hereby move the Court

for leave to withdraw as counsel for Defendant Morning Glory Products, Inc., pursuant to Local

Rule 83.17. Mr. Wurth has consented to this motion.

Dated: October 22, 2012               Respectfully submitted,

                                      /s/Aaron F. Barkoff

                                      Aaron F. Barkoff (ID No. 6277081)
                                       *abarkoff@mcandrews-ip.com*
                                      Stephen M. Wurth (ID No. 6304340)
                                       *swurth@mcandrews-ip.com*
                                      McAndrews, Held & Malloy, Ltd.
                                      500 W. Madison St., 34th Floor
                                      Chicago, Illinois 60661
                                      Telephone: (312) 775-8000
                                      Facsimile: (312) 775-8100

                                      *Attorneys for Defendant Morning Glory*