# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Universal Beauty Products, Inc

                              Plaintiff,

v.                                                Case No.: 1:10–cv–03212
                                                      Honorable John F. Grady

Morning Glory Products, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 24, 2012:

       d Stephen M. Wurth for leave to withdraw as counsel for the defendant [47] is withdrawn. The parties are directed to conduct informal discovery to address the defendant's ability to respond in damages, should the plaintiff prevail on the merits. A further status hearing is set for December 19, 2012 at 10:30 a.m. Mailed notice(cdh, )MINUTE entry before Honorable John F. Grady: Status hearing held. Motion hearing held. The oral request of counsel for the defendant to withdraw its motion for leave to withdraw is granted. The motion of Aaron F. Barkoff an

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.